IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| JOHN DANIEL FAILS, JR., | CV 17-00120-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TONY HARBAUGH–SHERIFF, PAT ROOS–UNDERSHERIFF, MR. ROLAND–SECURITY SERGEANT, and KIM JERKE–RN, | |
| Defendants. | |

Plaintiff John Fails has filed a Motion for Summary Judgment (Doc. 21).

Local Rule 56.1 requires that:

(a) Any party filing a motion for summary judgment must simultaneously file a Statement of Undisputed Facts. The Statement must:
    (1) set forth in serial form each fact on which the party relies to support the motion;
    (2) pinpoint cite to a specific pleading, deposition, answer to interrogatory, admission or affidavit before the court to support each fact;
    (3) be filed separately from the motion and brief; and
    (4) immediately upon filing of the motion, be e-mailed in a word processing format to each party against whom summary judgment is sought.

Local Rule 56.1(a). Mr. Fails has not filed a Statement of Undisputed Facts in accordance with this rule.

Accordingly, the Court issues the following:

**ORDER**

Mr. Fails's Motion for Summary Judgment is DENIED WITHOUT PREJUDICE and subject to renewal for failure to file a statement of undisputed facts.

DATED this 20th day of June, 2018.

                                         */s/ Timothy J. Cavan*
                                         Timothy J. Cavan
                                         United States Magistrate Judge